# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| CORNELIUS L. HARRIS, | : | Case No. 1:21-cv-00104 |
| Plaintiff, | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| RONALD ERDOS, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants Harold Bell, Cynthia Davis, Linnea Mahlman, Rodney Osborne, and William Prater ("Defendants") filed a Motion for Summary Judgment on May 5, 2023. (ECF No. 22.) You should receive a copy of this Motion directly from Defendants.

Your response must be filed with the Court no later than **May 30, 2023**. If you fail to file a timely response, Defendants' Motion may be granted and your case dismissed.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge