# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CORNELIUS HARRIS,          :
                              :

      *Plaintiff*,         :     Case No. 1:21-cv-104
                              :

vs.                    :     Judge Jeffery P. Hopkins
                              :

RONALD ERDOS, *et al.*,     :
                              :

      *Defendants*.       :

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

This matter is before the Court on Report and Recommendation issued by Magistrate Judge Caroline H. Gentry on July 18, 2023 (Doc. 25), which recommends that this matter be dismissed for failure to prosecute. Because no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Redmon v. Noel*, No. 1:21-CV-445, 2021 WL 4771259, at *1 (S.D. Ohio Oct. 13, 2021) (collecting cases).

The Court has reviewed the Report and Recommendation and determined that it does not contain clear error. Therefore, the Court **ADOPTS** the Report and Recommendation (Doc. 25) in its entirety. Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: <u>March 28, 2024</u>

Hon. Jeffery P. Hopkins
United States District Judge